# LAW OFFICE OF KERRY LAWRENCE, PLLC

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone:  (914) 946-5900
Email:  kerry@kerrylawrencelaw.com

Admitted in NY & CT

December 6, 2021

Def.'s request to adjourn the telephonic VOSR
Interim Conf. from Dec. 8, 2021 until Dec. 14, 2021
at 3:00 pm is GRANTED with the Govt's consent.
Clerk of Court is requested to terminate the motion
(doc. 90).
Dated: White Plains, NY
        Dec. 7, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Via ECF
Hon. Nelson S. Román
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:  *USA v. Latoya Robinson*
       19-Cr-60 (NSR)

Dear Judge Román:

I respectfully write to request that the Court adjourn the conference in the violation of supervised release that is currently scheduled for December 8, 2021 at 10:00 a.m. to **December 14, 2021 at 3:00 p.m.** The government consents to this request.

Very truly yours,

Kerry A. Lawrence

cc:  AUSA Samuel Raymond (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___12/7/2021___